181 So. 915

**Ex parte Elliott G. RICKARBY.**

**1 Div. 995.**

Supreme Court of Alabama.

May 12, 1938.

E. G. Rickarby, Jr., of Foley, for petitioner.

George R. Stuart, of Birmingham, for respondent.

PER CURIAM.

Petition denied and order of disbarment by Board of Commissioners of the State Bar affirmed.

All the Justices concur.

181 So. 915

**George A. SOSSAMAN v. Claude A. GRAYSON, Judge, Circuit Court, Mobile County.**

**1 Div. 9.**

Supreme Court of Alabama.

May 28, 1938.

George A. Sossaman, of Mobile, for petitioner.

Smith & Johnston, of Mobile, for respondent.

PER CURIAM.

Petition dismissed by petitioner.

181 So. 915

**George A. SOSSAMAN v. SOUTHERN TRANSIT CO. et al.**

**1 Div. 8.**

Supreme Court of Alabama.

June 9, 1938.

PER CURIAM.

Appeal dismissed by appellant.

184 So. 909

**STATE v. Jack T. LEAVELLE.**

**5 Div. 285.**

Supreme Court of Alabama.

Nov. 25, 1938.

A. A. Carmichael, Atty. Gen., for the State.

Jacob A. Walker, of Opelika, and Chas. S. Moon, of Lafayette, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

184 So. 909

**STATE v. MAGIC PEP SALES CO. et al.**

**6 Div. 189.**

Supreme Court of Alabama.

Nov. 29, 1938.

PER CURIAM.

Appeal dismissed on motion of appellant.